IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:12cr178-MHT |
| **MYRON JACOBY DAWSEY** | ) | (WO) |

### JUDGMENT

It is the ORDER, JUDGMENT and DECREE of the court that the government's motion to dismiss indictment (doc. no. 19) is granted and that the indictment is dismissed.

DONE, this the 8th day of March, 2013.


                                                   /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**